AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| EDUARDO GARCIA-CHAVEZ | CASE NUMBER: 08 CR 1231-L |

I, EDUARDO GARCIA-CHAVEZ, the above-named defendant, who is accused of committing the following offense:

> Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 17 April 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer