ORIGINAL

```
                                    FILED
                                 APR 2 4 2008
                          CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY                      DEPUTY
```

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Criminal No. 08cr 1231-L
                                       )
11                  Plaintiff,         )  **CONSENT TO RULE 11 PLEA IN A**
                                       )  **FELONY CASE BEFORE UNITED**
12  v.                                 )  **STATES MAGISTRATE JUDGE**
                                       )
13                                     )
    EDVARDO GARCIA-CHAVEZ              )
14                  Defendant.         )
                                       )
15  _____)

16       I have been advised by my attorney and by the United States

17  Magistrate Judge of my right to enter my plea in this case before

18  a United States District Judge.  I hereby declare my intention to

19  enter a plea of guilty in the above case, and I request and

20  consent to have my plea taken by a United States Magistrate Judge

21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22       I understand that if my plea of guilty is taken by the

23  United States Magistrate Judge, and the Magistrate Judge

24  recommends that the plea be accepted, the assigned United States

25  District Judge will then decide whether to accept or reject any

26  plea agreement I may have with the United States and will

27  adjudicate guilt and impose sentence.

28       I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

Judge's findings and recommendation must be filed within 14 days
of the entry of my guilty plea.


Dated: _20 April 2008_                    _____
                                          Defendant



Dated: _20 april 2008_                    _Carlos Mitchell_____
                                          Attorney for Defendant


    The United States Attorney consents to have the plea in this
case taken by a United States Magistrate Judge pursuant to
Criminal Local Rule 11.2.



Dated: _4/2/08_____               _J. Moore_____
                                          Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd